O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4454 AHM (Ex) | Date | November 30, 2010 |
|---|---|---|---|
| Title | VINCENT CUSANO v. GENE KLEIN, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

Before the Court is Defendants' motion to stay or, in the alternative, motions to dismiss and/or strike. The parties being in agreement that this action should be stayed pending the Ninth Circuit Court of Appeals ruling in related Case No. CV 09-6858, the Court GRANTS the motion to stay.[1] Defendants' motions to dismiss and/or strike are DISMISSED without prejudice.

No hearing is necessary. Fed. R. Civ. P. 78; Local Rule 7-15.

:
Initials of Preparer     SMO

---

[1] Docket No. 7.